# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
***10-Nov-2023***

*Customer*
CARLUCCI'S GRILL
1633 BIG OAK ROAD

YARDLEY, PA  19067

| Account# | Total Due | Current |
|---|---|---|
| CARLU100 | $4,206.91 | ($18.77) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $2,752.84 | $1,472.84 | $0.00 | $0.00 | $0.00 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| OP10629 | 5-Sep-23 | **5-Sep-23** | OP | ($18.77) | **($18.77)** | Credit | |
| 2033456 | 12-Sep-23 | **12-Sep-23** | IN | $739.25 | **$739.25** | Delinquent | |
| 2033576 | 19-Sep-23 | **19-Sep-23** | IN | $733.59 | **$733.59** | Delinquent | |
| 2033680 | 26-Sep-23 | **26-Sep-23** | IN | $1,190.01 | **$1,190.01** | Delinquent | |
| 2033788 | 3-Oct-23 | **3-Oct-23** | IN | $1,134.22 | **$1,134.22** | Delinquent | |
| 2033829 | 5-Oct-23 | **5-Oct-23** | IN | $428.61 | **$428.61** | Delinquent | |