*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri−State Paper, Inc.<br>　　Debtor(s) | )<br>)<br>) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>) | Adversary No. 23−00078−pmm |
| Capuano's at Yardley, Inc.<br>Defendant | )<br>)<br>) | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

　　　AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

　　　ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri-State Paper, Inc. and against the Defendant, Capuano's at Yardley, Inc. in the amount of Four Thousand Two Hundred Six Dollars and Ninety One Cents ($4,206.91), plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Four Thousand Five Hundred Fifty Six Dollars and Ninety One Cents ($4,556.91) sum certain.

Date: December 21, 2023

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court